**RAFAEL F. GALLEGO**
**GALLEGO LAW FIRM, P.C.**
1016 E. Pennsylvania St., Suite 308
TUCSON, ARIZONA 85714
(520) 882-8300, Fax (520) 623-9694
Arizona State Bar No. 013726
Email: rafael@gallegolawfirm.com

Attorney for Claimant

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

IN THE MATTER OF:

2016 Ford Mustang
VIN # 1FA6P8TH8G5253091

Seized in the U.S. Customs and Border Protection
Case No. 2019 2657 00016601-001

**CLAIM FOR RETURN OF PROPERTY AND REQUEST FOR JUDICIAL PROCEEDINGS**

Claimant, Alejandro Gomez-Garcia , by and through counsel, Rafael F. Gallego, duly authorized to make this claim, being first duly sworn upon his oath and affirmation, hereby claims an interest for himself in the property set forth below and listed in the Notice of Seizure as follows:

***2016 Ford Mustang***
***VIN # 1FA6P8TH8G5253091***
***AZ B455754***

Claimant, as owner herein, hereby claims any and all property which was seized as a result of the above referenced Notice of Seizure.

## SPECIFIC PROVISIONS OF THIS CLAIM

### I.

This Claim is filed pursuant to 18 U.S.C. § 983 et.seq., all applicable CFR's and all applicable federal and state laws and without prejudice to Claimant initiating a civil damage action against the government or its agent at a later date relating to the seizure of Claimant's property.

### II.

Claimant, Alejandro Gomez Garcia, without waiving any of his rights under the United States Constitution or the Arizona state constitution, claims his interest in the property in his capacity as an innocent owner through his sole property interest in the res of this action. Claimant asserts that his interest is not subject to forfeiture by virtue of an federal or state law or regulation because he acquired his interest prior to any conduct giving rise to forfeiture and he was unaware of any act or omission that would give rise to forfeiture.

### III.

Claimant will accept future mailings from the Court or attorneys for Government through his attorney, Rafael F. Gallego, Gallego Law Firm. P.C. 1016 E. Pennsylvania St., Suite 308 Tucson, Arizona 85714.

**IV.**

Claimant obtained his interest in the property in a mode, manner and under circumstances which do not render it subject to forfeiture. The 2016 Ford Mustang Vin#1FA6P8TH8G5253091 was obtained through lawful and legitimate means and Claimant hereby makes this claim so as to protect his interest in the subject property and by making said claim does not waive any right guaranteed by the United States Constitution or in the Arizona State Constitution. Mr. Gomez Garcia acquired the vehicle on August 28, 2019. He purchased it from Jim Click Ford in the Auto Mall for $18,000.00.

## CHALLENGES TO FORFEITURE PROCEEDINGS

**V.**

Claimant states that the claimed property is not subject to forfeiture.

**VI.**

Claimant did not possess this property as proceeds of any illicit or illegal activity nor was the vehicle going to be used for the commission of any illegal or prohibited act. Moreover, the government is in violation of the dictates of the U.S. Supreme Court recent decision in Cuellar v. United States, 128 S.Ct. 1994(2008). The Government will not meet its burden to support any assertion that the listed property is subject to forfeiture and to the extent that the forfeiture laws may impose any burden of proof or persuasion of non-forfeiture upon Claimant, those provisions are unlawful and unconstitutional.

**VII.**

The Notice of Pending Forfeiture provides inadequate notice to potential claimant of a violation of law justifying pre-judgement seizure and potential forfeiture.

**RELIEF**

**VIII.**

**CLAIMANT, ALEJANDRO GOMEZ GARCIA, PRAYS FOR THE FOLLOWING RELIEF:**

1. That the Court enter an order that the seized property be returned forthwith;

2. That Claimant be awarded any damages the Court may see fit under the circumstances, including costs and attorneys' fees; and

3. For such other and further relief as Claimant may be entitled to as this Court may determine to be just and fair under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct this 27th day of September, 2019.

Alejandro Gomez Garcia

**STATE OF ARIZONA )**
**) ss.**
**COUNTY OF PIMA )**

The foregoing Claim and Request for Judicial Proceedings was subscribed and sworn to before me this 27th day of September, 2019, by Alejandro Gomez Garcia.

Notary Public

My Commission Expires:
August 5, 2023

OFFICIAL SEAL
MARY IRMA ORTIZ
Notary Public - Arizona
PIMA COUNTY
My Comm. #567662
My Comm. Exp. 08/05/2023

**GALLEGO LAW FIRM, P.C.**

By:
RAFAEL F. GALLEGO
Attorney for Claimant

COPY of the foregoing delivered this date to:

Reese Bostwick
Assistant U.S. Attorney
U.S. Attorney's Office
405 W. Congress St., 4800
Tucson, Arizona 85701

Denin Hermosillo
U.S. Customs and Border Protection
Assets Forfeiture Office
2430 South Swan Road
Tucson, Arizona 85711